

RECEIVED
IN LAKE CHARLES, LA
NOV 29 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JERROD A. WILSON** | : | **DOCKET NO. 2:04 CV 1709** |
| **VS.** | : | **JUDGE MINALDI** |
| **BURL CAIN** | : | **MAGISTRATE JUDGE WILSON** |

### MEMORANDUM ORDER

Presently before the court is a "Motion for Relief from Judgment" [doc. 30] pursuant to Rule 60(b) filed by Jerrod A. Wilson.

On September 22, 2004, Jerrod Wilson filed a Petition for Writ of Habeas Corpus [doc. 3]. A Report and Recommendation [doc. 21] was issued February 22, 2005, recommending that this second and successive habeas be transferred to the Fifth Circuit for consideration. A Judgment [doc. 25] adopting the Report and Recommendation was issued April 5, 2005. On August 1, 2005, the Fifth Circuit denied the motion for authorization [doc. 28] to file a successive 28 U.S.C. 2254 application. Wilson then filed the instant motion on November 2, 2005.

A Rule 60(b) motion that purports to challenge the denial of a 28 U.S.C. § 2254 petition but actually attacks the underlying criminal conviction may be construed as a successive 28 U.S.C. § 2254 application. *See Fierro v. Johnson,* 197 F.3d 147, 151 (5th Cir.1999); *see also United States*



*v. Rich,* 141 F.3d 550, 551-52 (5th Cir.1998) (28 U.S.C. § 2255 case).

The instant Motion for Relief from Judgment is, in actuality, a motion to file a successive habeas application. As Wilson did not obtain permission from the Fifth Circuit to file a successive 28 U.S.C. § 2254 application, this motion IS DENIED. *See* 28 U.S.C. § 2244(b)(3)(A); *Fierro v. Johnson,* 197 F.3d 147, 151, cert denied 530 U.S. 1206, 120 S.Ct. 2204, 147 L.Ed.2d 237, 68 USLW 3740 (U.S. May 2000)(No. 99-8740); *Chase v. Epps,* 74 Fed.Appx. 339, 345 (C.A.5 (Miss.), 2003).

Lake Charles, Louisiana, this 28 day of November, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE