RECEIVED
IN LAKE CHARLES, LA

FEB 13 2006
ΡΑΜ
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JERROD WILSON | : | **DOCKET NO. 2:04 CV 1709** |
| VS. | : | **JUDGE MINALDI** |
| WARDEN LOUISIANA STATE PENITENTIARY | : | **MAGISTRATE JUDGE WILSON** |

## ORDER

IT IS ORDERED that the plaintiff's Motion to Amend [doc. 33], Motion for Subpoenas [doc. 34] and Motion to Preserve [doc. 35] ARE MOOT as this case has been closed and is currently on appeal to the Fifth Circuit.

Lake Charles, Louisiana, this 13 day of February, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE