

RECEIVED
IN LAKE CHARLES, LA

MAR 24 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JERROD A. WILSON** | : | **DOCKET NO. 2:04 CV 1709** |
| **VS.** | : | **JUDGE MINALDI** |
| **WARDEN, LA. STATE PEMITENTIARY** | : | **MAGISTRATE JUDGE WILSON** |

## ORDER

IT IS ORDERED that the petitioner's "Motion For Leave to Proceed In Forma Pauperis on Appeal or Review In Forma Pauperis" [doc. 44] IS DENIED. The petitioner has failed to comply with the requirements of 28 U.S.C. §1915(a)(2).

Lake Charles, Louisiana, this 23 day of March, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE